No. 01–6568. PIERCE *v.* CITY OF PHILADELPHIA ET AL., 534 U. S. 1057. Motions for leave to file petitions for rehearing denied.

MAY 21, 2002

No. 01–10181 (01A894). IN RE MARTINEZ. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

MAY 22, 2002

No. 01–10299 (01A912). MARTINEZ *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

No. 01–10309 (01A914). MARTINEZ ET AL. *v.* COURT OF CRIMINAL APPEALS OF TEXAS ET AL. C. A. 5th Cir. Application for temporary restraining order, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE SCALIA, JUSTICE SOUTER, and JUSTICE THOMAS took no part in the consideration or decision of this application and this petition.

MAY 24, 2002

No. 01–10329 (01A923). BEAZLEY *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE SCALIA, JUSTICE SOUTER, and JUSTICE THOMAS took no part in the consideration or decision of this application and this petition.

MAY 28, 2002

No. 00–1699. BELLSOUTH TELECOMMUNICATIONS, INC. *v.* NORTH CAROLINA UTILITIES COMMISSION ET AL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for fur-